UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Joseph Poling**, <br><br> Plaintiff, <br><br> v. <br><br> **Waterbeds 'n' Stuff, Inc.**, an Ohio Limited Liability Company, and **Gerald Spero**, <br><br> Defendants. | No. 1:21-cv-03877-EAS-CMV <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Poing, by and through undersigned counsel, gives notice of voluntarily dismissing his claims in this action, <u>without</u> prejudice, against the Defendants.

RESPECTFULLY SUBMITTED this 16th Day of November, 2021.

                              BENDAU & BENDAU PLLC

                              By: /s/ *Clifford P. Bendau, II*
                              Clifford P. Bendau, II (OH No. 0089601)
                              Christopher J. Bendau
                              BENDAU & BENDAU PLLC
                              P.O. Box 97066
                              Phoenix, Arizona 85060
                              Telephone AZ: (480) 382-5176
                              Email: cliffordbendau@bendaulaw.com
                                                  chris@bendaulaw.com

                              THE LAW OFFICES OF SIMON & SIMON

                              By: /s/ *James L. Simon*
                              James L. Simon (OH No. 0089483)
                              6000 Freedom Square Dr.
                              Independence, OH 44131
                              Telephone: (216) 525-8890
                              Facsimile: (216) 642-5814
                              Email: jameslsimonlaw@yahoo.com